**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02630-CNS-MDB

MICHAEL CRITTENDON-MORMAN,

Plaintiff,

v.

ANTHONY LARA, a Manitou Spring Police officer, in his individual capacity, and
JEFFERY SCHUELKE, a Manitou Spring Police officer, in his individual capacity,

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Defendants, **JEFFREY SCHUELKE** and **ANTHONY LARA**, by and through counsel, **SGR, LLC**, hereby move this Court to extend the deadline for their response to Plaintiff's Motion for Partial Summary Judgment [ECF No. 30] as follows:

1. Counsel for Plaintiff filed his Motion for Partial Summary Judgment on September 24, 2024. [ECF No. 30].

2. Defendants' response to Plaintiff's Motion for Partial Summary Judgment is currently due October 15, 2024.

3. On October 1, 2024, a Status Conference was held where the Court issued a deadline of November 1, 2024, for Plaintiff to schedule his deposition.

4. If Plaintiff does not schedule his deposition by November 1, 2024, this Court stated it will be inclined to grant Defendants' motion to dismiss for failure to

prosecute.

5. Defendants request their deadline to respond to Plaintiff's Motion be extended by thirty (30) days, up to and including November 14, 2024.

6. This requested extension would allow Defendants to include Plaintiff's deposition testimony in their response or cross motion if Plaintiff reappears.[1]

7. If Plaintiff does not reappear, the requested extension would save Defendants time and resources unnecessarily expended in responding to his Motion should the case be dismissed.

8. Defendants represent that such extension is not intended to create unnecessary delay or increase of costs. As this request for extension is unopposed, no party will be prejudiced by the requested relief herein.

9. The parties have previously sought and received two extensions of time related to the discovery and dispositive motion deadlines due to Plaintiff's absence. [ECF Nos. 17, 19, 20, and 22].

10. Pursuant to D.C.COLO.LCivR 6.1(e), undersigned counsel certifies that a copy of this Motion was served on their respective clients.

**WHEREFORE**, Defendants respectfully request the Court enter an Order extending the deadline for their response to Plaintiff's Motion for Partial Summary Judgment to November 14, 2024.

[1] Counsel for Plaintiff has been able to depose both Defendants and include their testimony in his Motion; however, undersigned counsel has not been able to depose Plaintiff due to his absence.

Respectfully submitted,

*s/* Eric M. Ziporin
***Eric M. Ziporin***
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: eziporin@sgrllc.com

*s/* Tiffany E. Toomey
***Tiffany E. Toomey***
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: ttoomey@sgrllc.com
*Counsel for Defendants Officer Jeffrey Schuelke and Officer Anthony Lara*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 3rd day of October, 2024, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kevin Austin Mehr, kevin.mehr@mehrlawcolorado.com
*Counsel for Plaintiff Michael Crittendon-Morman*

*/s/ Jessica Starks*
Legal Secretary