**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02630-CNS-MDB

MICHAEL CRITTENDON-MORMAN,

Plaintiff,

v.

ANTHONY LARA, a Manitou Spring Police officer, in his individual capacity, and
JEFFERY SCHUELKE, a Manitou Spring Police officer, in his individual capacity,

Defendants.

---

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Defendants, **JEFFREY SCHUELKE** and **ANTHONY LARA**, by and through counsel, **SGR, LLC**, hereby move this Court to extend the deadline for their response to Plaintiff's Motion for Partial Summary Judgment [ECF No. 30] ("Response") as follows:

1. This Court previously granted Defendants' request to extend the deadline for their Response to November 14, 2024, to allow time for Defendants to depose Plaintiff who has been missing. [ECF No. 33].

2. Counsel for Plaintiff has been able to depose both Defendants and include their testimony in his Motion for Partial Summary Judgment [ECF No. 30] ("Motion"); however, undersigned counsel has not been able to depose Plaintiff due to his absence.

3. Defendants are unable to include Plaintiff's deposition testimony in their Response or cross motion for summary judgment.

4. On October 1, 2024, Magistrate Judge Dominguez Braswell advised that she was inclined to grant Defendants' Motion to Dismiss for Lack of Prosecution [Doc. No. 24] but allowed an additional thirty (30) days for counsel for Plaintiff to locate his client and schedule his deposition. [Courtroom Minutes, Doc. No. 32]. The Court noted that Plaintiff's failure to sit for his deposition during that time period could result in the dismissal of his case.

5. On November 1, 2024, counsel for Plaintiff filed a notice with the Court [Doc. No. 34] that Plaintiff has not sat for his deposition nor is one scheduled.

6. Defendants request an extension of time until December 15, 2024, in hopes that Plaintiff will either reappear and be deposed or the Court will dismiss this matter.

7. If the matter is dismissed, the requested extension would save Defendants time and resources unnecessarily expended in responding to his Motion.

8. Defendants represent that such extension is not intended to create unnecessary delay or increase of costs. As this request for extension is unopposed, no party will be prejudiced by the requested relief herein.

9. The parties have previously sought and received three extensions of time related to the discovery and dispositive motion deadlines due to Plaintiff's absence. [ECF Nos. 17, 19, 20, 22, 31 and 33].

10. Pursuant to D.C.COLO.LCivR 6.1(e), undersigned counsel certifies that a copy of this Motion was served on their respective clients.

**WHEREFORE**, Defendants respectfully request the Court enter an Order extending the deadline for their response to Plaintiff's Motion for Partial Summary Judgment to December 15, 2024.

Respectfully submitted,

*s/* Eric M. Ziporin
***Eric M. Ziporin***
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: eziporin@sgrllc.com

*s/* Tiffany E. Toomey
***Tiffany E. Toomey***
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: ttoomey@sgrllc.com
*Counsel for Defendants Officer Jeffrey Schuelke and Officer Anthony Lara*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of November, 2024, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kevin Austin Mehr, kevin.mehr@mehrlawcolorado.com
*Counsel for Plaintiff Michael Crittendon-Morman*

*/s/ Jessica Starks*
Legal Secretary