**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02630-CNS-MDB

MICHAEL CRITTENDON-MORMAN,

Plaintiff,

v.

ANTHONY LARA, a Manitou Spring Police officer, in his individual capacity, and
JEFFERY SCHUELKE, a Manitou Spring Police officer, in his individual capacity,

Defendants.

---

**DEFENDANTS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Defendants, **JEFFREY SCHUELKE** and **ANTHONY LARA**, by and through counsel, **SGR, LLC**, hereby move this Court to extend the deadline for their response to Plaintiff's Motion for Partial Summary Judgment [ECF No. 30] ("Response") as follows:

1. This Court twice previously granted Defendants' request to extend the deadline for their Response, currently due December 15, 2024, to allow time for Defendants to depose Plaintiff who has been missing. [ECF No. 36].

2. On December 11, 2024, the Court issued a Recommendation to dismiss this matter with prejudice on account of Plaintiff's absence. [ECF No. 37].

3. Defendants request a two-month extension of time until February 15, 2024, in order to permit adequate time for District Court Judge Sweeney to review and rule on the Recommendation.

4. If the matter is dismissed, the requested extension would save Defendants time and resources unnecessarily expended in responding to Plaintiff's Motion.

5. Defendants represent that such extension is not intended to create unnecessary delay or increase of costs. As this request for extension is unopposed, no party will be prejudiced by the requested relief herein.

6. The parties have previously sought and received four extensions of time related to the discovery and dispositive motion deadlines due to Plaintiff's absence. [ECF Nos. 17, 19, 20, 22, 31, 33, 35, and 36].

7. Pursuant to D.C.COLO.LCivR 6.1(e), undersigned counsel certifies that a copy of this Motion was served on their respective clients.

**WHEREFORE**, Defendants respectfully request the Court enter an Order extending the deadline for their response to Plaintiff's Motion for Partial Summary Judgment to February 15, 2024.

Respectfully submitted,

*s/* Eric M. Ziporin

***Eric M. Ziporin***
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: eziporin@sgrllc.com

*s/* Tiffany E. Toomey

***Tiffany E. Toomey***
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Telephone: (303) 320-0509
E-mail: ttoomey@sgrllc.com
*Counsel for Defendants Officer Jeffrey Schuelke and Officer Anthony Lara*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 12th day of December, 2024, I electronically filed a true and correct copy of the above and foregoing **DEFENDANTS' THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Kevin Austin Mehr, kevin.mehr@mehrlawcolorado.com
*Counsel for Plaintiff Michael Crittendon-Morman*

*/s/ Jessica Starks*
Legal Secretary