IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02630-CNS-MDB

MICHAEL CRITTENDON-MORMAN,

    Plaintiff,

v.

ANTHONY LARA, a Manitou Spring Police officer, in his individual capacity, and JEFFERY SCHUELKE, a Manitou Spring Police officer, in his individual capacity,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of United States District Judge Charlotte N. Sweeney issued on January 6, 2025, [ECF No. 40] it is

ORDERED that the Recommendation of United States Magistrate Judge Maritza Dominguez Braswell [ECF No. 37] is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss Due to Plaintiff's Failure to Prosecute [ECF No. 24] is GRANTED. It is

FURTHER ORDERED that Plaintiff's Motion for Partial Summary Judgment [ECF No. 30] is MOOT. It is

FURTHER ORDERED that all claims are DISMISSED with prejudice. It is

FURTHER ORDERED that the case is closed.

Dated at Denver, Colorado this 6th day of January, 2025.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/  J. Dynes

                J. Dynes,
                Deputy Clerk